**Fausto CEPEDA, Petitioner— Appellant,**

v.

**Al HERRERA, Warden, Respondent— Appellee.**

No. 01–56824.

D.C. No. CV–01–05085–RNB.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Federal prisoner Fausto Cepeda appeals pro se the district court's dismissal of his habeas corpus petition challenging the legality of his sentence based on *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cepeda contends that 28 U.S.C. § 2255 is inadequate or ineffective for assertion of his *Apprendi* claim, so he should be permitted to pursue this claim under 28 U.S.C. § 2241. The district court correctly determined that Cepeda failed to demonstrate that 28 U.S.C. § 2255 is "inade-

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

quate or ineffective" to test the legality of his detention. *See Lorentsen v. Hood,* 223 F.3d 950, 953 (9th Cir.2000) (stating general rule that the unavailability of a second or successive petition does not itself make section 2255 inadequate or ineffective). Nor does Cepeda make a colorable assertion of "actual innocence." Even if *Apprendi* applied to Cepeda's claim, *cf. United States v. Sanchez–Cervantes,* 282 F.3d 664, 671 (9th Cir.) (concluding that *Apprendi* does not apply retroactively to cases on initial collateral review), *cert. denied,* —— U.S. ——, 123 S.Ct. 48, 154 L.Ed.2d 243 (2002), it would have had no effect on his sentence, much less on his conviction. *See* 21 U.S.C. 841(b)(1)(A) (establishing life sentence as maximum for amount of crack charged and admitted); *Lorentsen,* 223 F.3d at 953–56 (rejecting actual innocence claim).

The district court properly dismissed Cepeda's petition for lack of jurisdiction. *See Moore v. Reno,* 185 F.3d 1054, 1055 (9th Cir.1999) (per curiam) (rejecting the use of § 2241 as substitute for a dismissed § 2255 motion).

**AFFIRMED.**

---

[*] This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.